# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMETRIOUS WELLS,** : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. 3:16-0842 |
| v. : | |
| : | (JUDGE MANNION) |
| **JOHN WETZEL, et al.,** : | |
| Defendants : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiff's amended complaint (Doc. 31), is **DENIED**.

2. Defendants are directed to file an answer to the amended complaint on or before April 19, 2019.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2019**
16-0842-01 order