UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMETRIOUS WELLS,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:16-0842 |
| v. : | (JUDGE MANNION) |
| **JOHN WETZEL, et al.,** : | |
| Defendants : | |

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment, (Doc. 69) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  March 30, 2021**
16-0842-01-ORDER